## PHILLIPS v. RESTAURANT MGMT. OF CAROLINA, L.P.

No. 605P01

Case below: 146 N.C. App. 203

Petition by defendant (Restaurant Management of Carolina, L.P.) for discretionary review pursuant to G.S. 7A-31 denied 31 December 2001.

## PITTS v. AMERICAN SEC. INS. CO.

No. 369PA01

Case below: 144 N.C. App. 1

Petition by defendants (American Security Insurance Company, Standard Guaranty Insurance Company, and Wachovia Bank of N.C., N.A.) for discretionary review pursuant to G.S. 7A-31 allowed 31 January 2002. Justice Edmunds recused.

## RAY v. LEWIS HAULING AND EXCAVATING, INC.

No. 482P01

Case below: 145 N.C. App. 94

Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 31 January 2002.

## ROBINSON v. BYRD

No. 511A01

Case below: 145 N.C. App. 503

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 31 January 2002. Motion by defendant to strike petition for discretionary review as to additional issues denied 31 January 2002.

## RUSSOS v. WHEATON INDUS.

No. 461P01

Case below: 145 N.C. App. 164

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.